IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONNY H. CROOK,**

    *Plaintiff*,

v.     Case No.: 4:22cv170-MW/MAF

**FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,**

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION IN PART**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. I agree with the Magistrate Judge with the exception that I find dismissal *without* prejudice is appropriate under these circumstances. *See Daker v. Ward*, 999 F.3d 1300, 1308 (11th Cir. 2021) ("A plaintiff's duplicative complaint is an abuse of the judicial process and is properly dismissed without prejudice as malicious under the PLRA."). Upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED**:

The Report and Recommendation, ECF No. 4, is **accepted and adopted in part** as this Court's opinion, with the exception that Plaintiff's complaint is **DISMISSED without prejudice** under the three-strikes provisions of 28 U.S.C. §

1

1915(g). The Clerk must enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g)." The Clerk must close the file.

**SO ORDERED on June 28, 2022.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**